IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>    Plaintiff,<br><br>  v.<br><br>N. GRANNIS, et al,<br><br>    Defendants. | No. C 07-5831 JSW (PR)<br><br>ORDER OF DISMISSAL |

      Plaintiff, a California prisoner, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On November 16, 2007, the Court sent a notice regarding Plaintiff's failure to pay the filing fee or complete an in forma pauperis application. The notice was sent to the prison where Plaintiff indicated he was located, with the prisoner identification number Plaintiff provided. Thereafter, on December 17, 2007, the Court's notice was returned with a notification from the prison that the prisoner identification number was incorrect. More than 60 days have passed since the notice was returned from the prison, and Plaintiff has not provided the Court with his correct identification number and location information, nor has he filed anything at all in this case since his complaint. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address and identification information, pursuant to Civil Local Rule 3-11(b); <u>see also</u> Fed. R. Civ. P. 41(b).

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: April 24, 2008

                                       JEFFREY S. WHITE<br>                                       United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD D LEONARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPT OF CORRECTIONS et al,<br><br>　　　　Defendant.　　　　／ | Case Number: CV07-05831 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Dontus Laroyce Leonard
Pelican Bay State Prison
C22800
P.O. Box 7500
Crescent City, CA 95532

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk