IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>   Plaintiff,<br><br> v.<br><br>N. GRANNIS, et al,<br><br>   Defendants. | No. C 07-5831 JSW (PR)<br><br>**JUDGMENT** |

  The Court has dismissed this case without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

  IT IS SO ORDERED.

DATED: April 24, 2008

           JEFFREY S. WHITE
           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD D LEONARD,

    Plaintiff,

  v.

DEPT OF CORRECTIONS et al,

    Defendant.

Case Number: CV07-05831 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Dontus Laroyce Leonard
Pelican Bay State Prison
C22800
P.O. Box 7500
Crescent City, CA 95532

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk